AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

__Middle__ DISTRICT OF __Tennessee__

UNITED STATES OF AMERICA

v.

Geraldine Moloney

**WARRANT FOR ARREST**

04m-1100-JGD

CASE NUMBER: 3:02-00198-11  Judge Echols

**SEALED**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Geraldine Moloney_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

18:371: Conspiracy to defraud mortgage loan companies and financial institutions (Count 1)
18:1341 and 18:2: Mail fraud (Counts 9-10)
18:1344 and 18:2: Bank fraud (Count 14)
18:1956(a)(1)(A)(i) and 18:2: Money laundering (Counts 24-26)
18:982: Criminal forfeiture (Counts 30-31)

Bond recommendation by AUSA Washko: Detention

In violation of
Title _____See above_____ United States Code, Section(s) _____

Ann E. Schwarz
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Criminal Supervisor
Title of Issuing Officer

11-21-02  ; Nashville, TN
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |