04/m-1100-JGD

## AFFIDAVIT

I, Michael P. McCall, being first duly sworn, deposes and says:

1. My name is Michael P. McCall, and I am a Special Agent with the Federal Bureau of Investigation ("FBI"). I have been employed by the FBI for approximately eight years and have been assigned to the Boston Division since September 1996. I am currently assigned as the FBI Special Airport Liaison Agent at the Logan International Airport in Boston, Massachusetts.

2. On September 6, 2004, I was alerted by the Customs and Border Protection Unit with the Department of Homeland Security and informed that an individual who had identified herself (using the requisite government-issued identification bearing her likeness) as Geraldine Moloney, was then in its custody because it (Customs and Border Protection) had discovered that an outstanding federal arrest warrant existed for one and the same individual.

3. On September 6, 2004, at approximately 5:30 pm., I affected the arrest of Geraldine Moloney, based on the federal arrest warrant which had issued from the Middle District of Tennessee on November 21, 2002.

I hereby certify that the foregoing is true and correct. Executed this 7th day of September, 2004.

*[signature]*
Michael P. McCall, Special Agent
Federal Bureau of Investigation

Subscribed and Sworn to before me this 7th day of September, 2004.

*[signature]*
Hon. Judith G. Dein
UNITED STATES MAGISTRATE JUDGE

1