AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

## APPEARANCE

Case Number: 04m - 1100 -JGD

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Geraldine Moloney

_9-07-04_
Date

_William N. Brownsberger_
Signature

_William N. Brownsberger_
Print Name

_Suite 201, 18 Moore St_
Address

_Belmont,   MA   02478_
City        State      Zip Code

_617 489 2612_
Phone Number